DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Brigman<br><br>Case below:<br>178 N.C. App. 78 | No. 389P06 | 1. Def's NOA Based Upon a Constitutional Question (COA05-712) | 1. —— |
| | | 2. AG's Motion to Dismiss Appeal | 2. Allowed<br>10/05/06 |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied<br>10/05/06 |
| State v. Castano<br><br>Case below:<br>178 N.C. App. 390 | No. 397P06 | 1. Def's NOA Based Upon a Constitutional Question (COA05-1352) | 1. —— |
| | | 2. AG's Motion to Dismiss Appeal | 2. Allowed<br>10/05/06 |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied<br>10/05/06 |
| State v. Davis<br><br>Case below:<br>178 N.C. App. 391 | No. 473P06 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA05-1056) | Denied<br>10/05/06 |
| State v. Denny<br><br>Case below:<br>179 N.C. App. ——<br>(17 October 2006) | No. 572P06 | AG's Motion for Temporary Stay<br>(COA05-1419) | Allowed<br>11/06/06 |
| State v. Farmer<br><br>Case below:<br>177 N.C. App. 710 | No. 365P06 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA05-1406) | Dismissed<br>10/05/06 |
| State v. Farrar<br><br>Case below:<br>179 N.C. App. ——<br>(19 September 2006) | No. 527P06 | AG's Motion for Temporary Stay<br>(COA05-1319) | Allowed<br>10/05/06 |
| State v. Finney<br><br>Case below:<br>175 N.C. App. 795 | No. 093P06 | AG's Motion for Temporary Stay<br>(COA05-850) | Allowed<br>02/23/06 |
| State v. Fitzgerald<br><br>Case below:<br>178 N.C. App. 391 | No. 407P06 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA05-732) | Denied<br>10/05/06 |
| State v. Forrest<br><br>Case below:<br>164 N.C. App. 272 | No. 270A04 | AG's Motion to Dismiss Appeal<br>(COA03-806) | Allowed<br>11/16/06 |